# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lemelle, Ivan L. | Eastern District of Louisiana | 04/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

500 Poydras Street, C-525
New Orleans, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Board | Reconcile New Orleans, Inc. (Non-profit for "at risk" children - Uncompensated) |
| 2. Trustee Board | American Inns of Court Foundation (Uncompensated) |
| 3. Director Emeritus | Visiting Committee Board, Loyola University College of Law (Uncompensated) |
| 4. Trustee Board | Xavier University of Louisiana (Uncompensated) |
| 5. Advisory Board | Sisters of the Holy Family (Non-profit religious charity - Uncompensated) |
| 6. Class A Trustee (Non-Alcoholic) | General Service Board of AA, Inc. and AA Grapevine Board (Uncompensated) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemelle, Ivan L. | 04/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | General Service Board of AA, Inc. | January 10-12, 2015 | Tampa, FL | Presenter | Transportation, Lodging & Food |
| 2. | General Service Board of AA, Inc. | January 30 - February 2, 2015 | New York, NY | Board Meeting | Transportation, Lodging & Food |
| 3. | General Service Board of AA, Inc. | February 13-16, 2015 | Monterrey, Mexico | Convention | Transportation, Lodging & Food |
| 4. | General Service Board of AA, Inc. | April 18-25, 2015 | New York, NY | Board Meeting | Transportation, Lodging & Food |
| 5. | General Service Board of AA, Inc. | June 11-14, 2015 | New York, NY | Board Meeting | Transportation, Lodging & Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemelle, Ivan L. | 04/11/2016 |

| | | | | |
|---|---|---|---|---|
| 6. | General Service Board of AA, Inc. | July 2-5, 2015 | Atlanta, GA | Convention | Transportation, Lodging & Food |
| 7. | A.A. World Services, Inc. | July 26-29, 2015 | Washington, DC | Presenter | Transportation, Lodging & Food |
| 8. | General Service Board of AA, Inc. | July 29 - August 3, 2015 | New York, NY | Board Meeting | Transportation, Lodging & Food |
| 9. | American Antitrust Institute | August 27-30, 2015 | Palo Alto, CA | Educational | Transportation, Lodging & Food |
| 10. | AA Grapevine Board | September 25-26, 2015 | Newark, NY | Planning Meeting | Transportation, Lodging & Food |
| 11. | General Service Board of AA, Inc. | October 9-11, 2015 | St. Louis, MO | Regional Forum | Transportation, Lodging & Food |
| 12. | General Service Board of AA, Inc. | October 29 - November 1, 2015 | Rye Brook, NY | Board Meeting | Transportaiton, Lodging & Food |
| 13. | Eastern Pennsylvania General Service Assembly of AA | November 13-15, 2015 | Lancaster, PA | Presenter | Transportation, Lodging & Food |
| 14. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemelle, Ivan L. | 04/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemelle, Ivan L. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank (IRA) (CDs) | A | Interest | K | T | | | | | |
| 2. Bank One Common Stock | B | Dividend | K | T | | | | | |
| 3. Chase Bank | A | Interest | N | T | | | | | |
| 4. United States Savings Bonds | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemelle, Ivan L. | 04/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ivan L. Lemelle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544